Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

05-750

~~ORIGINAL~~

| United States District Court | District Delaware |
|---|---|
| Name (under which you were convicted): Edward Gibbs | Docket or Case No.: |
| Place of Confinement: D.C.C. 1181 Paddock Road Smyrna Del, 19977 | Prisoner No.: 148876 |

Petitioner (include the name under which you were convicted)    Respondent (authorized person having custody of petitioner)

Edward Gibbs    v. Warden Thomas Carrol

The Attorney General of the State of Delaware    M. Jane Brady

FILED OCT 24 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Superior Court Sussex County 1 The Circle Georgetown Delaware 19947

   (b) Criminal docket or case number (if you know): S03-06-0519  S96-12-0243

2. (a) Date of the judgment of conviction (if you know): 10-30-2003

   (b) Date of sentencing: 12-19-2003

3. Length of sentence: 20 years Habitual  2 yrs. VOP

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☐  No ■

5. Identify all crimes of which you were convicted and sentenced in this case: Escape After Conviction 20 yrs. Violation Probation 2 yrs.

6. (a) What was your plea? (Check one)

   (1) Not guilty ■    (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐    (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ■        Judge only ❑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ■  No ❑

8. Did you appeal from the judgment of conviction?

Yes ■  No ❑

9. If you did appeal, answer the following:

(a) Name of court: Delaware Supreme Court
(b) Docket or case number (if you know): 612, 2003
(c) Result: Affirmed
(d) Date of result (if you know): Feb. 4, 2005
(e) Citation to the case (if you know): Copy Attached
(f) Grounds raised: Ineffective Assistance Counsel failed to Supponea witness, disproportionally habitual criminal Tried by all white Jury, lesser included offense Counsel discussed case with Prosecutor, Judge Bradley failed to inquiry into conflict.

(g) Did you seek further review by a higher state court?  Yes ❑  No ❑

If yes, answer the following:

(1) Name of court: _____
(2) Docket or case number (if you know): _____
(3) Result: _____

(4) Date of result (if you know): _____
(5) Citation to the case (if you know): _____
(6) Grounds raised: _____

(h) Did you file a petition for certiorari in the United States Supreme Court?  Yes ■  No ❑

If yes, answer the following:

(1) Docket or case number (if you know): Filed After 90 days to late

Page 4

(2) Result: Court refused to entertain Petition

(3) Date of result (if you know): May 20, 2005

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
    Yes ■   No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: Superior Court Sussex County
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): 7-24-05
        (4) Nature of the proceeding: Rule 61 Post Conviction
        (5) Grounds raised: 32 grounds\13 Ineffective Assistance of counsel, Judge Bradley Abused discretion, Tried by All white Jury, Habitual Criminal, Lesser included offense, Supreme court Errored didn't hear ineffective Assistance Claim on direct Appeal, Judge Stokes denied counsel on direct Appeal, ~~Judge~~ and at Sentencing, Supreme court denied Petitioner Counsel,

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☐   No ■
        (7) Result: Pending
        (8) Date of result (if you know): N\A

    (b) If you filed any second petition, application, or motion, give the same information:
        (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

Page 5

_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❑    No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❑ No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    Yes ❑    No ❑
(2) Second petition:    Yes ❑    No ❑
(3) Third petition:    Yes ❑    No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
_____
_____
_____

Page 6

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: Superior Court lacked Jurisdiction

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
No Grand Jury Indictment

(b) If you did not exhaust your state remedies on Ground One, explain why:
Lack of knowledge and found information through research.

(c) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☒
   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why:
   Lack of knowledge and found information through research.

(d) Post-Conviction Proceedings:
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☒   No ☐
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: Post conviction
   Name and location of the court where the motion or petition was filed:
   Superior Court Sussex County

Page 7

Docket or case number (if you know): _____

Date of the court's decision: Pending

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion or petition?

   Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

GROUND TWO: Judge Bradley Abused Discretion

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

10-22-03 Failed to make inquiry in conflict. Petitioner informed Judge of conflict.

Page 8

_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____
_____
_____
_____

(c) Direct Appeal of Ground Two:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ■   No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(d) Post-Conviction Proceedings:

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

      Yes ■   No ☐

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: Post conviction

   Name and location of the court where the motion or petition was filed: _____
   Superior Court Sussex County

   Docket or case number (if you know): _____

   Date of the court's decision: Pending

   Result (attach a copy of the court's opinion or order, if available): _____
_____

   (3) Did you receive a hearing on your motion or petition?

      Yes ☐   No ☐

   (4) Did you appeal from the denial of your motion or petition?

      Yes ☐   No ☐

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☐   No ☐

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

GROUND THREE: <u>Ineffective Assistance of counsel</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
<u>Petitioner sent a witness list to counsel dated 10-2-03 prior to trial 10-30-03 counsel failed to subpoena witnesses.</u>

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ■ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

Page 10

(d) **Post-Conviction Proceedings:**

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ■   No ❏

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: Post conviction

  Name and location of the court where the motion or petition was filed: Superior Court Sussex County

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): Pending

  (3) Did you receive a hearing on your motion or petition?
     Yes ❏   No ❏

  (4) Did you appeal from the denial of your motion or petition?
     Yes ❏   No ❏

  (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
     Yes ❏   No ❏

  (6) If your answer to Question (d)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

  (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

Page 11

GROUND FOUR: Supreme Court Errored

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Supreme court Errored by not ruling on Petitioner direct Appeal Claim; Ineffective Assistance of counsel Claim

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

(c) Direct Appeal of Ground Four:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ■   No ☐
   (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) Post-Conviction Proceedings:
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ■   No ☐
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: Post Conviction
   Name and location of the court where the motion or petition was filed: Superior court Sussex County
   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): Pending

   (3) Did you receive a hearing on your motion or petition?
       Yes ☐   No ☐
   (4) Did you appeal from the denial of your motion or petition?
       Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☐  No ■

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Superior Court lacked Jurisdiction; Lack of knowledge & research

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐  No ■

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____
_____
_____
_____
_____
_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ■   No ❑

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. Superior Court Sussex County; Rule 61 Postconviction; Ineffective Assistance of Counsel; not Subpoena witness; Superior Court lacked Jurisdiction; Judge Bradley Abused Discretion; Supreme Court Errored

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: William Moore
    14 The Circle 2nd floor Georgetown Del, 19947

    (b) At arraignment and plea: Pro-Se

    (c) At trial: Carole Dunn
    14 The Circle 2nd floor Georgetown Del, 19947

    (d) At sentencing: Pro-Se

    (e) On appeal: Pro-Se

    (f) In any post-conviction proceeding: Filed Pro-Se

    (g) On appeal from any ruling against you in a post-conviction proceeding: Pending

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ■   No ❑

Page 14

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: Superior Court Sussex County

(b) Give the date the other sentence was imposed: 12-19-2003

(c) Give the length of the other sentence: 2 years probation

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  Yes ■  No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* I have a Postconviction motion pending in the Superior Court; the one-year statute of limitation will be Feb. 4, 2006. I don't know when the Superior Court will hear the Postconviction motion so I'm filing this Habeas corpus in accordance to Rhines V. Weber 125 S.ct. 1528 (2005) Stay and Abeyance and 28 U.S.C. §2254(b)(1)(A) citing Duncan v. Walker 121 S.ct. 2120 (2001). All grounds have been raised on direct Appeal and Postconviction.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

   (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: Release Petitioner from the illegal Sentence

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 10/19/05 (month, date, year).

Executed (signed) on 10/19/05 (date).

Edward Dilts, pro-se
Signature of Petitioner

---

\*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Certificate of Service

STATE OF DELAWARE
NEW CASTLE COUNTY

I. Edward Gibbs Pro-Se, hereby certify that I have served a true and correct copies of the attached <u>Writ of Habeas corpus</u> upon the following parties/person(s):

To: United States District court
844 King St. Lockbox 18
Wilmington Del, 19801

by placing same in a sealed envelope and depositing in the united State mail at Delaware correctional center 1181 Paddock Road Smyrna Del, 19977 Postage paid by Edward Gibbs Pro-Se.

I Declare under the penalty of perjury that the foregoing is true and correct this 20th day of Oct. 2005

Edward Gibbs Pro-Se
D.C.C 1181 Paddock rd.
Smyrna Del, 19977



Legal mail

Clerk United States District Court
844 King St, Lockbox 18
Wilmington
Delaware
19801

U.S.M.S. X-RAY

Legal mail

I/M Edward Gibbs
SBI# 148876   UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977