To: Clerk District Court

From: Edward Gibbs   SBI #148876

RE: Writ of Habeas Corpus

Date: 10-20-2005



05-750

FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk,

I'm informing you that I've processed a $5.00 pay-to for the filing fee of my writ. Have to wait on D.O.C. to mail it. Please hold this until the filing fee arrive.

Thank you,
Edward Gibbs