IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDWARD GIBBS,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civ. Act. No. 05-750-JJF |
| : | |
| **THOMAS CARROLL**, Warden, : | |
| : | |
| Respondent. : | |

ORDER

This 7 day of March, 2006,

WHEREAS, respondent having requested an extension of time in which to file an answer to the petition for a writ of habeas corpus, and

WHEREAS, it appearing to the Court that the request is timely and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondent's answer shall be filed on or before March 31, 2006.

_____
United States District Judge