**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **EDWARD GIBBS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-750-JJF |
| | : | |
| **THOMAS CARROLL,** Warden, | : | |
| | : | |
| Respondent. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Edward Gibbs v. State of Delaware*, No. 612, 2003:

    a. appellant's opening brief and exhibits filed September 13, 2004;

    b. State's motion to affirm filed September 28, 2004;

    c. and the Court's order dated February 4, 2005.

2. Respondents file herewith a certified copy of the Delaware Superior Court Docket in *Edward C. Gibbs v. State*, ID No. 0305016899.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: March 29, 2006

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on March 29, 2006 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office.  I hereby certify that on March 29, 2006 I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

    Edward Gibbs (No. 148876)
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977.

/s/
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date:  March 29, 2006